IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-24-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER VACATING** |
| | **DETENTION HEARING** |
| SHAWN MICHAEL WENTZ, | |
| Defendant. | |

Defendant has filed a Motion to Vacate Detention Hearing. (Doc. 23.)

Accordingly, IT IS ORDERED that the Detention Hearing presently scheduled for Tuesday July 11, 2017, at 9:00 a.m. is VACATED.

DATED this 10th day of July, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge