**FILED**

SEP 15 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN MICHAEL WENTZ,<br><br>Defendant. | CR 17-24-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion to Change Plea (Doc. 38) on September 14, 2017,

IT IS HEREBY ORDERED that the trial set for October 16, 2017 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Thursday, October 5, 2017 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between September 14, 2017 and October 5, 2017 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

DATED this 19th day of September, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE