**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

FILED
OCT 20 2017
Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-24-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| SHAWN MICHAEL WENTZ, | |
| Defendant. | |

This matter comes before the Court on the United States' unopposed motion for a preliminary order of forfeiture (Doc. 47). Defendant Shawn Michael Wentz appeared before this Court on October 5, 2017, and entered a plea of guilty to the superseding information filed on October 5, 2017 (Doc. 43). The Defendant's plea provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253.

IT IS HEREBY ORDERED:

THAT Defendant Shawn Michael Wentz's interest in the following property is forfeited to the United States, in accordance with

1

18 § 2253:

> Cybertron desktop computer, serial number 4001000216698 containing a Western Digital Hard Disk Drive, model WD500AA1CX, serial number WCC2ETF08004

THAT the Department of Homeland, or its designated sub-custodian shall, prior to disposition of the assets, seize the property subject to forfeiture and further make its return to this Court as provided by law;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 20th day of October, 2017.

/s/ Susan P. Watteres
SUSAN P. WATTERES
United States District Judge