# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED**

OCT 20 2017

Clerk, U.S. District Court
District Of Montana
Billings

UNITED STATES OF AMERICA

vs.

**SHAWN MICHAEL WENTZ**      No. **CR 17-24-BLG-SPW**

DOB: 1989      **PETITION TO OPEN JUVENILE RECORDS**

SSN: XXX-XX-5316

Whereas the above-name defendant entered a plea of Guilty to the offense of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_____
U.S. Probation Officer

October 20, 2017
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_____
United States District Judge

Dated this 20th day of October, 2017.