
FILED
OCT 31 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN MICHAEL WENTZ,<br><br>Defendant. | Case No. CR-17-24-BLG-SPW<br><br>ORDER ALLOWING FILING OF DOCUMENTS UNDER SEAL |

UPON the Defendant's Motion to File Documents Under Seal (Doc. 51), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Polygraph Examination, Psychosexual Evaluation and Addendum are filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this 30th day of October, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1