IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN MICHAEL WENTZ,<br><br>Defendant. | Case No. CR-17-24-BLG-SPW<br><br>ORDER TO CONTINUE<br>REVOCATION HEARING |

Upon the Defendant's Unopposed Motion to Continue Revocation Hearing (Doc. 145), and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Revocation Hearing presently set for Friday, January 30, 2026, at 9:30 a.m., is **VACATED**.

**IT IS FURTHER ORDERED** that the revocation hearing is reset for **Wednesday, April 22, 2026 at 9:30 a.m.**, at the same date and time as the sentencing in CR-25-151-BLG-SPW.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 13th day of January, 2026.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE